# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Alexandria Lee-Lord Beadell,           Civil No. 11-3197 (RHK/LIB)

          Plaintiff,           **ORDER**

vs.

Jesse Rae Staerk,

          Defendant.

For the good cause outlined by the parties in their Stipulation (Doc. No. 10), **IT IS ORDERED** that the defense expert disclosure deadline in the Pretrial Order (Doc. No. 8) dated February 17, 2012 is extended as follows:

The Defendant's expert disclosures shall be made on or before November 1, 2012.

All other deadlines contained in the Pretrial Order of February 17, 2012 remain in force and effect.

Dated: September 11, 2012

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge